AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

SOUTHRIDGE PARTNERS, L.P.,

    Plaintiff,

v.

ANGELA DU, ERNEST CHEUNG, BRYAN ELLIS, and JOHN GAETZ,

    Defendants.

**APPEARANCE**

Case Number: 07 CV 10626

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/28/2007 | [signature] |
| Date | Signature |
| | DAvid Lackowitz     8591 |
| | Print Name     Bar Number |
| | 600 Lexington Avenue |
| | Address |
| | New York    New York    10022 |
| | City    State    Zip Code |
| | (212) 752-9700 |
| | Phone Number    Fax Number |