SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------X

SOUTHRIDGE PARTNERS, L.P.,

                    Plaintiff,                          AFFIDAVIT OF SERVICE

                                                                         Index No. 602982/07

       -against-

ANGELA DU, ERNEST CHEUNG, BRYAN ELLIS,
and JOHN GAETZ,

                    Defendants,

-----------------------------------------------------------X

      JASON GALANDY, being duly sworn, deposes and says:

      I am not a party to the within action, am over 18 years of age and reside in Vancouver, British Columbia, Canada.

      On Thursday, September 20, 2007 at 9:50 a.m., I served a true copy of the Summons and Verified Complaint, on ANGELA DU, who at the time of Service identified herself to me as the said, ANGELA DU, at Lobby door, 1270 Robson Street, Vancouver, British Columbia, by hand.

Sworn before me in the City of
_____Vancouver_____, British Columbia,
this __5__ day of October, 2007

                                                                      JASON GALANDY

_____
A Commissioner For Taking Affidavits
For British Columbia ROBERT ANDREW CHAMPOUX
                    BARRISTER & SOLICITOR
                  1500 - 701 WEST GEORGIA ST.
                    VANCOUVER, BC, V7Y 1C6
                TEL: 604-687-3548 FAX: 602-687-3646

                                                                     P:\Vancouver\WP\A5\du.a.sept4.wpd