SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------X

SOUTHRIDGE PARTNERS, L.P.,

                             Plaintiff,

                   -against-

ANGELA DU, ERNEST CHEUNG, BRYAN ELLIS,
and JOHN GAETZ,

                         Defendants,

------------------------------------------------------------------X

AFFIDAVIT OF SERVICE

Index No. 602982/07

NIKICA VOJIC, being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and reside in Vancouver, British Columbia, Canada.

On Monday, October 1, 2007 at 11:14 a.m., I served a true copy of the Summons and Verified Complaint, substitutionally on ERNEST CHEUNG at Lobby door, 1270 Robson Street, Vancouver, British Columbia, by leaving a true copy of the same with VIVIAN CHEN, Assistant to the Manager, who at the time of service admitted to being authorized to accept on behalf of the said, ERNEST CHEUNG.

I subsequently mailed copies of the aforementioned documents by regular mail, in a sealed envelope addressed to ERNEST CHEUNG at the address of 407 - 1270 Robson Street, Vancouver, British Columbia, on Monday, October 1, 2007.

Sworn before me in the City of
_____, British Columbia,
this _3_ day of October, 2007

_____
A Commissioner For Taking Affidavits
For British Columbia

_____
NIKICA VOJIC

ROBERT AND R. VOLZ FOUX
BARRISTERS & SOLICITORS
1500 - 701 WEST GEORGIA ST.
VANCOUVER, BC, V7Y 1C6

P:\Vancouver\WP\A5\cheung.c.net1.wpd