SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------X

SOUTHRIDGE PARTNERS, L.P.,

        Plaintiff,      AFFIDAVIT OF
                 SERVICE

                 Index No. 602982/07

      -against-

ANGELA DU, ERNEST CHEUNG, BRYAN ELLIS,
and JOHN GAETZ,

        Defendants,

----------------------------------------------------------X

    NIKICA VOJIC, being duly sworn, deposes and says:

    I am not a party to the within action, am over 18 years of age and reside in Vancouver, British Columbia, Canada.

    On Tuesday, October 9, 2007 at 2:58 p.m., I served a true copy of the Summons and Verified Complaint, substitutionally on BRYAN ELLIS at 407 - 1270 Robson Street, Vancouver, British Columbia, by leaving a true copy of the same with FIONA CUI, Assistant to the President of China Mobility Solutions, Inc., who at the time of service informed me that BRYAN ELLIS had resigned from the company and may currently be in China or the USA, but offered to accept on behalf of the said, BRYAN ELLIS, and forward them to ANGELA DU.

    I subsequently mailed copies of the aforementioned documents by regular mail, in a sealed envelope addressed to BRYAN ELLIS at the address of 407 - 1270 Robson Street, Vancouver, British Columbia, on Tuesday, October 9, 2007.

Sworn before me in the City of
_____, British Columbia,
this ____ day of October, 2007

_____
A Commissioner For Taking Affidavits
For British Columbia

          _____
            NIKICA VOJIC

HEINRICH K. MARCUS
BARRISTER & SOLICITOR
1500-701 WEST GEORGIA ST.
VANCOUVER, B.C.  V7Y 1C6
TEL: 604-633-1815 FAX: 604-633-1805

            P:\Vancouver\WP\A5\ellis.b.oct2.wpd