SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------X

SOUTHRIDGE PARTNERS, L.P.,

                Plaintiff,            AFFIDAVIT OF SERVICE

                                                         Index No. 602982/07

      -against-

ANGELA DU, ERNEST CHEUNG, BRYAN ELLIS,
and JOHN GAETZ,

                Defendants,

----------------------------------------------------------X

        NIKICA VOJIC, being duly sworn, deposes and says:

        I am not a party to the within action, am over 18 years of age and reside in Vancouver, British Columbia, Canada.

        On Tuesday, October 9, 2007 at 2:58 p.m., I served a true copy of the Summons and Verified Complaint, substitutionally on JOHN GAETZ at 407 - 1270 Robson Street, Vancouver, British Columbia, by leaving a true copy of the same with FIONA CUI, Assistant to the President of China Mobility Solutions, Inc., who at the time of service informed me that JOHN GAETZ is still currently employed with the company and offered to accept on behalf of the said, JOHN GAETZ.

        I subsequently mailed copies of the aforementioned documents by regular mail, in a sealed envelope addressed to JOHN GAETZ at the address of 407 - 1270 Robson Street, Vancouver, British Columbia, on Tuesday, October 9, 2007.

Sworn before me in the City of
_____, British Columbia,
this ___ day of October, 2007

                                                  NIKICA VOJIC

_____
A Commissioner For Taking Affidavits
For British Columbia

HEINRICH K. MARCUS
BARRISTER & SOLICITOR
1500-701 WEST GEORGIA ST.
VANCOUVER, B.C.  V7Y 1C6
TEL: 604-633-1815 FAX: 604-633-1805