UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SOUTHRIDGE PARTNERS, L.P.,

                  Plaintiff,

-against-

ANGELA DU, ERNEST CHEUNG, BRYAN ELLIS
and JOHN GAETZ,

                  Defendants.
-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08
```

Docket No. 07 CV 10626 (LAP)(MHD)

**STIPULATION**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties that the time for Defendant Angela Du to move or answer with respect to the Verified Complaint filed by Plaintiff Southridge Partners LLP on September 6, 2007 in the Supreme Court of the State of New York, County of New York, Index No. 602982/07, served on Ms. Du on November 6, 2007, and removed to this Court on November 27, 2007, is extended from January 18, 2008 to and including April 18, 2008.

    **IT IS FURTHER STIPULATED AND AGREED**, that for the purposes of this Stipulation a facsimile signature shall be deemed an original.

Dated. New York, New York
       January 14, 2007

GERSTEN SAVAGE LLP
Attorneys for Plaintiff

By: _____
David A. Lackowitz (DAL 8591)
600 Lexington Avenue
New York, New York 10022
(212) 752-9700

SNOW BECKER KRAUSS P.C.
Attorneys for Defendant Angela Du

By: _____
Kenneth E. Citron (KEC 1896)
605 Third Avenue
New York, New York 10158
(212) 687-3860

SO ORDERED:

_____
Preska, U.S.D.J.

January 15, 2008