```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOUTHRIDGE PARTNERS, L.P.,

                            Plaintiff,

    -against-

ANGELA DU, ERNEST CHEUNG, BRYAN ELLIS
and JOHN GAETZ,

                            Defendants.
------------------------------------------------------------x

Docket No. 07 CV 10626 (LAP)(MHD)

**STIPULATION**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties that the time for Defendants Ernest Cheung and John Gaetz to move or answer with respect to the Verified Complaint filed by Plaintiff Southridge Partners, L.P. on September 6, 2007 in the Supreme Court of the State of New York, County of New York, Index No. 602982/07, and removed to this Court on November 27, 2007, is extended to and including April 18, 2008.

        **IT IS FURTHER STIPULATED AND AGREED**, that for the purposes of this Stipulation a facsimile signature shall be deemed an original.

Dated: New York, New York
           January 24, 2007

| GERSTEN SAVAGE LLP | SNOW BECKER KRAUSS P.C. |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant Angela Du |
| By: _____ | By: _____ |
| David A. Lackowitz (DAL 8591) | Kenneth E. Citron (KEC 1896) |
| 600 Lexington Avenue | 605 Third Avenue |
| New York, New York 10022 | New York, New York 10158 |
| (212) 752-9700 | (212) 687-3860 |

SO ORDERED:

_/s/ Loretta A. Preska_
Preska, U.S.D.J.

January 25, 2008