UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SOUTHRIDGE PARTNERS, L.P.,

                Plaintiff,

       - against -

ANGELA DU, ERNEST CHEUNG,
BRYAN ELLIS, and JOHN GAETZ

                Defendants.
------------------------------------------------------------------X

**Docket No. 07 CV 10626 (LAP) (MHD)**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                             ) SS:
COUNTY OF NEW YORK  )

       James P. Kelly, of full age, deposes and says:

       I am not party to this action, am over the age of 18 years, reside in the State of New York and an employee of Snow Becker Krauss P.C.

       On Wednesday, April 9, 2008, I served a true copy of the annexed NOTICE OF MOTION TO DISMISS COMPLAINT, AFFIRMATION OF KENNETH E. CITRON, and accompanying MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF DEFENDANTS ANGELA DU, ERNEST CHEUNG AND JOHN GAETZ TO DISMISS THE COMPLAINT by depositing the said documents in a properly addressed, pre-paid wrapper into the custody of Federal Express for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery, to the party as indicated below:

                David A. Lackowitz, Esq.
                GERSTEN SAVAGE LLP
                600 Lexington Avenue, 9th Floor
                New York, New York 10022

Sworn to before me this
9th day of April, 2008

_____                _____
Notary Public                                          James Kelly

MICHAEL WEXELBAUM
Notary Public, State of New York
No. 30-4515301
Qualified in Nassau County
Commission Expires October 31, 200_