# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

April 23, 2008

*By Facsimile (212) 805-7941*
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08
```

Re: **Southridge v. Du, et. al.**
**Case Number 07-CV-10626(LAP)(MHD)**

Dear Judge Preska:

We represent the Plaintiff in the above-referenced matter. We write to respectfully request an extension of time by which to submit papers in opposition to the Motion to Dismiss filed by defendants Angela Du, Ernest Cheung and John Gaetz. Presently, the Plaintiff's opposition to the aforesaid motion is due today, April 23rd and we respectfully request an extension until May 14th. The instant application is submitted on consent and is in furtherance of the parties' collective effort to reach an amicable settlement. By stipulation dated January 24, 2007, the Court granted defendants Cheung and Gaetz a lengthy extension of their time to respond to the Plaintiff's complaint as the parties advised that they were attempting to reach a settlement (an extension had previously been granted to defendant Angela Du). Those discussions have progressed and in fact, the lone reason that the instant application is being made today, the present due date, rather than days ago, was because I was hopeful that an agreement in principal would have been reached by now. I advise that this is the Plaintiff's first request for any accommodation whatsoever from the Court and thank you in advance for your consideration of the instant request.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

April 23, 2008

Respectfully yours,

David Lackowitz (DL 8591)

cc (via Facsimile):

Snow Becker Krauss P.C.
Attorneys for defendants Angela Du,
Ernest Cheung and John Gaetz
Kenneth E. Citron (KEC 1896)
605 Third Avenue
New York, NY 10158
(212) 687-3860