# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

May 12, 2008

By Facsimile (212) 805-7941
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08
```

Re: Southridge v. Du, et. al.
Case Number 07-CV-10626(LAP)(MHD)

Dear Judge Preska:

We represent the Plaintiff in the above-referenced matter. We write with the consent of counsel for defendants Angela Du, Ernest Cheung and John Gaetz (the "Defendants") to respectfully request a further extension of time by which to submit papers in opposition to the Motion to Dismiss filed by the Defendants. Presently, the Plaintiff's opposition to the aforesaid motion is due May 14th and we respectfully request an extension until May 28th. The instant application, which is the Plaintiff's second such request, is submitted in furtherance of the parties' collective effort to reach an amicable settlement.

By stipulation dated January 24, 2007, the Court granted defendants Cheung and Gaetz a lengthy extension of their time to respond to the Plaintiff's complaint as the parties advised that they were attempting to reach a settlement (an extension had previously been granted to defendant Angela Du). The parties remain involved in settlement negotiations which unfortunately raise a host of relatively nuanced corporate issues, hence the protracted discussions. I remain optimistic that a settlement will ultimately be reached. I thank the Court in advance for its consideration of the instant request.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
May 21, 2008

Respectfully yours,

David Lackowitz (DL 8591)

cc (via Facsimile):
Snow Becker Krauss P.C.
Attorneys for defendants Angela Du,
Ernest Cheung and John Gaetz
Kenneth E. Citron (KEC 1896)
605 Third Avenue
New York, NY 10158
(212) 687-3860

AFFILIATED WITH WHITEMAN OSTERMAN & HANNA LLP | ONE COMMERCE PLAZA | ALBANY NY 12260 T: 518-487-7600 F: 518-487-7777 | WWW.WOH.COM