# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

May 27, 2008

*By Facsimile (212) 805-7941*
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

Re:   Southridge v. Du, et. al.
      Case Number 07-CV-10626(LAP)(MHD)

Dear Judge Preska:

We represent the Plaintiff in the above-referenced matter. We write to respectfully request a further extension of time by which to submit papers in opposition to the Motion to Dismiss filed by the Defendants. Defendants' counsel does not oppose this application, which is being made in furtherance of the parties' collective effort to reach an amicable settlement.

Presently, the Plaintiff's opposition to the aforesaid motion is due tomorrow, May 28th and we respectfully request an extension until June 18th in order to consummate settlement negotiations or (if necessary) prepare papers in opposition to the motion.

As recently as Thursday, May 22nd, immediately prior to the three-day holiday weekend, it appeared that a settlement in principle, which had been in the process of negotiation for several weeks between myself and counsel for China Mobility Solutions, a non-party corporation which each of the defendants are employed by, had been reached. I was subsequently advised by Defendants' counsel on the following day, a day on which I was not in the office, that he had discussed settlement with the aforesaid corporate counsel, there was no settlement and the motion would have to proceed. Over the weekend, settlement discussions have been revived but involve a host of rather complicated corporate issues that must be addressed by the parties' respective corporate counsel. Accordingly, any such settlement will take additional time to consummate.

I apologize for the instant request being made at this late stage, but that became inevitable due to the circumstances described above; having been out of the office from Thursday evening until this morning, and having thought that this matter had settled when I left the office late Thursday, I was not able to prepare opposing papers pursuant to the existing schedule. Two prior requests were granted by Your Honor on the consent of counsel, and I thank the Court in advance for its consideration of this request.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 27, 2008

Respectfully yours,

David Lackowitz (DL 8591)

AFFILIATED WITH WHITEMAN OSTERMAN & HANNA LLP | ONE COMMERCE PLAZA | ALBANY NY 12260 T: 518-487-7600 F: 518-487-7777 | WWW.WOH.COM

**GERSTEN SAVAGE LLP**

cc (via Facsimile):

    Snow Becker Krauss P.C.
    Attorneys for defendants Angela Du,
    Ernest Cheung and John Gaetz
    Kenneth E. Citron (KEC 1896)
    605 Third Avenue
    New York, NY 10158
    (212) 687-3860