# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

June 17, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08
```

*By Facsimile (212) 805-7941*
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re: **Southridge v. Du, et. al.**
 **Case Number 07-CV-10626(LAP)(MHD)**

Dear Judge Preska:

We represent the Plaintiff in the above-referenced matter. We write to respectfully request a further extension of time by which to submit papers in opposition to the Motion to Dismiss filed by the Defendants. This application, which is being made on consent, is submitted in furtherance of the parties' collective and ongoing effort to reach an amicable settlement.

Presently, the Plaintiff's opposition to the aforesaid motion is due tomorrow, June 18th and we respectfully request an extension until July 9th in order to consummate settlement negotiations or, if necessary, to prepare papers in opposition to said motion.

I have personally been in regular contact with counsel for China Mobility Solutions, a non-party on whose board of directors the defendants sit, and we are inching towards a "global" settlement which would effectively resolve the claims asserted herein. According to an 8-K recently filed by the aforesaid non-party, China Mobililty is presently attempting to complete a corporate merger which, if consummated, would have profound implications upon the parties' ongoing settlement negotiations. The reason we seek a relatively lengthy extension is twofold: 1) any settlement – as previously mentioned to Your Honor – will involve a host of complicated corporate issues and accordingly, will take time to memorialize; and 2) I am going to be on vacation from June 27th through July 4th.

The parties collectively thank the Court in advance for its consideration of this request.

Respectfully yours,

David Lackowitz (DL 8591)

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
June 18, 2008

AFFILIATED WITH WHITEMAN OSTERMAN & HANNA LLP | ONE COMMERCE PLAZA | ALBANY NY 12260 | T: 518-487-7600 F: 518-487-7777 | WWW.WOH.COM

**GERSTEN SAVAGE LLP**

cc (via Facsimile):

    Snow Becker Krauss P.C.
    Attorneys for defendants Angela Du,
    Ernest Cheung and John Gaetz
    Kenneth E. Citron (KEC 1896)
    605 Third Avenue
    New York, NY 10158
    (212) 687-3860