# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

July 9, 2008

*By Facsimile (212) 805-7941*
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```

      Re:    **Southridge v. Du, et. al.**
              **Case Number 07-CV-10626(LAP)(MHD)**

Dear Judge Preska:

      We represent the Plaintiff in the above-referenced matter. We write – together with counsel for defendants Du, Cheung and Gaetz (the "Defendants") – to advise that the parties have reached a settlement and are presently working on memorializing the terms of their agreement. Accordingly, we respectfully request a final extension of time by which to submit papers in opposition to the Motion to Dismiss filed by the Defendants, in the highly unlikely event that the settlement is not ultimately consummated.

      Presently, the Plaintiff's opposition to the aforesaid motion is due today, July 9th, and we respectfully request an extension until July 23rd in order to complete the aforesaid settlement agreement. The agreement is being entered into by, in addition to the parties hereto, certain non-parties, one of whom is not presently represented by counsel, hence the request for a two week adjournment to provide this non-party with sufficient time to retain counsel and complete the agreement.

      The parties collectively thank the Court in advance for its consideration of this request.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 9, 2008

Respectfully yours,

*/s/ David Lackowitz*
David Lackowitz (DL 8591)

cc (via Facsimile):

Snow Becker Krauss P.C.
Attorneys for defendants Angela Du,
Ernest Cheung and John Gaetz
Kenneth E. Citron (KEC 1896)
605 Third Avenue
New York, NY 10158
(212) 687-3860