UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOUTHRIDGE PARTNERS, L.P.,

              Plaintiff,

    v.

ANGELA DU, ERNEST CHEUNG, BRYAN
ELLIS, and JOHN GAETZ,

              Defendants.
------------------------------------------------------------X

: Docket No.: 07cv10626(LAP)(MHD)

: **Rule 41(a)(1)(i) Notice of Dismissal of Action**

Plaintiff Southridge Partners, L.P. (hereinafter the "Plaintiff"), through its undersigned counsel, Gersten Savage LLP, pursuant to the provisions of FRCP 41(a)(1)(i), states that whereas a Complaint has been filed in the above matter and whereas none of the defendants have answered the Complaint nor moved for summary judgment in relation thereto, that the above-entitled action be and the same hereby is discontinued against defendants Angela Du, Ernest Cheung, Bryan Ellis and John Gaetz, without prejudice.

Dated: New York, New York
       July 23, 2008

                                            GERSTEN SAVAGE LLP

                                            By: _____
                                                 David Lackowitz (DL 8591)
                                           Attorneys for Plaintiff
                                           600 Lexington Avenue
                                           New York, New York 10022
                                           (212) 752-9700