UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOUTHRIDGE PARTNERS, L.P.,

        Plaintiff,

v.

ANGELA DU, ERNEST CHEUNG, BRYAN
ELLIS, and JOHN GAETZ,

        Defendants.
------------------------------------------------------------X

Docket No.: 07cv10626(LAP)(MHD)

**Rule 41(a)(1)(i) Notice of Dismissal of Action**

Plaintiff Southridge Partners, L.P. (hereinafter the "Plaintiff"), through its undersigned counsel, Gersten Savage LLP, pursuant to the provisions of FRCP 41(a)(1)(i), states that whereas a Complaint has been filed in the above matter and whereas none of the defendants have answered the Complaint nor moved for summary judgment in relation thereto, that the above-entitled action be and the same hereby is discontinued against defendants Angela Du, Ernest Cheung, Bryan Ellis and John Gaetz, without prejudice.

Dated: New York, New York
       July 23, 2008

GERSTEN SAVAGE LLP

By: _____
David Lackowitz (DL 8591)
Attorneys for Plaintiff
600 Lexington Avenue
New York, New York 10022
(212) 752-9700

*The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

*So ordered*
*Loretta A. Preska*
*USDJ*

*August 4, 2008*